UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ONTARIO SAMUELS                                   CIVIL ACTION NO. 13-2775-P

VS.                                               JUDGE S. MAURICE HICKS, JR.

JUDGE RAMONA EMANUEL, ET AL.                      MAGISTRATE JUDGE HAYES

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 7th day of January, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE